```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ALABAMA
                         MIDDLE DIVISION
```

FILED
98 NOV 17 AM 10:06
U.S. DISTRICT COURT
N.D. OF ALABAMA
ENTERED
NOV 17 1998

```
DONNA C. LUMPKIN,              }
                               }
     Plaintiff                 }
                               }   CIVIL ACTION NO.
     vs.                       }
                               }   98-AR-2252-M
GOODYEAR TIRE & RUBBER CO.,    }
ET AL.,                        }
                               }
     Defendants                }
```

### MEMORANDUM OPINION

The court has for consideration the motion filed by plaintiff, Donna C. Lumpkin, on October 14, 1998, to remand the above-entitled case to the Circuit Court of Etowah County, Alabama.

The case was removed by defendants based on their hopeful, conclusory allegation that the controversy implicates the Employee Retirement Income Security Act (ERISA) and is therefore preempted by it. The removing defendants have not met their burden of satisfying the court that any of the claims put forward by plaintiff are "related to" an ERISA plan unless in a too strained and tangential way. The rationale of the removing defendants, if available, would circumvent the otherwise precluded removal of a claim dependent upon a state workers' compensation scheme. See *Jordan v. Reliable Life Ins. Co.*, 716 F. Supp. 582 (N.D. Ala. 1989); *Bryant v. Blue Cross and Blue Shield of Alabama*, 751 F. Supp. 968 (N.D. Ala. 1990); and *Wright v. Sterling Investors Life Ins. Co.*, 747 F. Supp. 653 (N.D. Ala. 1990).

A separate order of remand will be entered.

DONE this 17th day of November, 1998.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE